

# Fourth Court of Appeals
## San Antonio, Texas

July 14, 2015

No. 04-15-00193-CR

George R. **LUNA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 405848
John Longoria, Judge Presiding

# O R D E R

The Appellant's motion for extension of time to file the brief is GRANTED. Time is extended to August 12, 2015. **No further extensions will be granted.**

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court